UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SOURCE CAPITAL GROUP, INC., | ) | 08 CIV 6733 |
| Plaintiff( | ) | |
| v. | ) | Civil Action No. |
| YAKOV KOPPEL and ECOLITE FLATBUSH INC., | ) | ECF CASE V/A |
| Defendans.) | ) | |

**SUMMONS**

To: Yakov Koppel

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Law Offices of Gordon Mehler, PLLC, whose address is 747 Third Avenue, 32d Floor, New York, NY 10017. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: July 28, 2008

JUL 2 9 2008

J. MICHAEL McMAHON

Clerk of Court

[signature]

(Court Seal)

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SOURCE CAPITAL GROUP, INC., | ) | |
| Plaintiff( | ) ) ) | '08 CIV 6733 |
| v. | ) ) | Civil Action No. |
| YAKOV KOPPEL and ECOLITE FLATBUSH INC., | ) ) ) | ECF CASE |
| Defendans.) | ) ) | V/A |

**SUMMONS**

To: Ecolite Flatbush Inc.

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Law Offices of Gordon Mehler, PLLC, whose address is 747 Third Avenue, 32d Floor, New York, NY 10017. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: July 28, 2008
JUL 29 2008

J. MICHAEL McMAHON
Clerk of Court

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF NEW YORK

SOURCE CAPITAL GROUP, INC, )
)
    Plaintiff, )
)
v. )
) Civil Action No.
YAKOV KOPPEL and ECOLITE )
FLATBUSH INC., )
)
)
)

    Defendant(s)

ECF CASE U/A

08 CIV 6733

RECEIVED JUL 29 2008 U.S.D.C. S.D.N.Y. CASHIERS

## COMPLAINT ON A CLAIM FOR A DEBT
## AND TO SET ASIDE A FRAUDULENT CONVEYANCE UNDER RULE 18(b)

1. The plaintiff ("Source") is a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Connecticut  The defendant Yakov Koppel ("Koppel") is a citizen of the State of New York, and the defendant Ecolite Flatbush Inc. ("Ecolite") is a corporation incorporated under the laws of the State of New York with its principal place of business in the State of New York  The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332.

2. In January, 2008 Source commenced an action in this Court against Koppel, Civil Action No. 08 CV 00577 (SAS) (GWG) ("the primary action"), in which Source seeks the recovery of $129,000 owed by to it by Koppel pursuant to the terms of certain written agreements between the parties.

3. Issue has been joined and discovery is in process in the primary action.

4. On or about July 18, 2008 Koppel conveyed his real property located at 2036 East 36th Street, Brooklyn, NY 11234, designated as Block 8521, Lot 58, Kings County, New York ("the property"), to Ecolite for the purpose of defrauding the plaintiff and hindering or delaying the collection of the debt.

Therefore, the plaintiff demands that:

    (a) judgment for $129,000 plus attorneys' fees and costs, be entered against defendants Yakov Koppel and Ecolite Flatbush, Inc.; and

(b)     the conveyance to defendant Ecolite Flatbush, Inc. be declared void and any judgment granted be made a lien on the property.

Date: July 28, 2008

Law Offices of Gordon Mehler, PLLC

By _____
Harvey Stuart (HS5723), Of Counsel
747 Third Avenue, 32nd Floor
New York, New York 10017
T: (646) 943-6118
F.: (646) 941-6142
hstiart@mehlerlaw.com

Case 1:08-cv-06733-SAS    Document 1    Filed 07/29/2008    Page 5 of 6

AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

Southern District of New York

SOURCE CAPITAL GROUP, INC.

v.

YAKOV KOPPEL and DOLITE FLATBUSH INC.

NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number: 08 CIV 6733

ECF CASE U/A

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____    _____
Date                              United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOURCE CAPITAL GROUP, INC., Plaintiff, -v- YAKOV KOPPEL and ECOLITE FLATBUSH INC., Defendant. | ECF CASE  V/A<br><br>Case No. 08 CIV 6733<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

SOURCE CAPITAL GROUP, INC.            (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** July 29, 2008

Signature of Attorney

**Attorney Bar Code:** HS 5723

Form Rule7_1.pdf  SDNY Web 10/2007