**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SOURCE CAPITAL GROUP, INC.,

    Plaintiff(s),          Index No. 08 CIV 6733

  -against-             AFFIDAVIT OF SERVICE

YAKOV KOPPEL and ECOLITE
FLATBUSH INC.,

    Defendant(s).
-------------------------------------------------------------X
STATE OF NEW YORK  )
          S.S.
COUNTY OF NEW YORK)

    TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 5th day of August, 2008, at approximately the time of 12:40 p.m., deponent served a true copy of the Summons, Complaint, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Guidelines for Electronic Case Filing, Procedure for Electronic Case Filing upon Yakov Koppel at 2036 East 36th Street, Brooklyn, NY, by personally delivering and leaving the same with Jack Heino, Roommate, a person of suitable age and discretion at that address, the actual place of residence.  At the time of service, deponent asked if Yakov Koppel is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

    Jack Heino is a white male, approximately 47 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 180 pounds with curly brown hair and dark eyes.

**D.L.S., Inc.**
**401 Broadway**
**Ste 510**
**NY, NY 10013**
**212-925-1220**
**www.dlsny.com**

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

That on the 6th day of August, 2008, deponent served another copy of the foregoing upon Yakov Koppel by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Yakov Koppel
2036 East 36th Street
Brooklyn, NY 11234

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
7th day of August, 2008

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010

**D.L.S., Inc.**
**401 Broadway**
**Ste 510**
**NY, NY 10013**
**212-925-1220**
**www.dlsny.com**