UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
SOURCE CAPITAL GROUP, INC,                                   :   **ORDER OF**
                                                             :   **DISCONTINUANCE**
                                    Plaintiff,               :
                                                             :   08 Civ. 6733 (SAS)
        - against -                                          :
                                                             :
YAKOV KOPPEL,                                                :
                                                             :
                                    Defendant.               :
------------------------------------------------------------x

SHIRA A. SCHEINDLIN, U.S.D.J.:

       Plaintiff having notified the Court that the parties have reached a resolution of this action,

       IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

_[signature]_
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         August 14, 2008

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/14/08]

**- Appearances -**

*For Plaintiff*:

Harvey Stuart, Esq.
LAW OFFICES OF GORDEN MEHLER, PLLC
747 Third Avenue, 32nd Floor
New York, New York 10017
(646) 943-6118